United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-15794-amc
Richard John Gentekos                                                 Chapter 13
Donna Marie Gentekos
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 3          Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW         Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
```
db/jdb         Richard John Gentekos,    Donna Marie Gentekos,    9 Owl Road,    Audubon, PA 19403-2209
13091271       Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA 19422-3372
13091274      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX 79998-2235)
13091277      +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
13091278       Citicards CBNA,    701 East 60th Street,    El Paso, TX 79998-2238
13099390      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13091280      +First Data Merchant Services,    4000 Coral Ridge Drive,    C-230,    Coral Springs, FL 33065-7614
13091281      +First USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
13091286       M & T Bank,    P.O. Box 62182,    Buffalo, NY 14240-1288
13128057      +M&T Bank,    c/o Ann E. Swartz,    123 S. Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
13091287      +Macy's,    P.O. Box 8218,    Mason, OH 45040-8218
13104920      +NCO FINANCIAL SYSTEMS, INC.,    Po Box 4275,    Norcross, GA 30091-4275
13097421       Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
13091289       Nissan-Infiniti LT,    P.O. Box 660695,    Dallas, TX 75266-0695
13091291      +Pinnacle Credit Services,    7900 Highway7 #100,    Saint Louis Park, MN 55426-4045
13091294      +TNB Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:07      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:18
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2018 02:39:34      Jefferson Capital Systems LLC,
               PO BOX 7999,    ST CLOUD, MN 56302-9617
13146761       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2018 02:51:46
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
13091272      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 19 2018 02:39:20      Asset Acceptance LLC,
               P.O. Box 1630,    Warren, MI 48090-1630
13100355      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 19 2018 02:39:20      Asset Acceptance LLC,
               PO Box 2036,    Warren, MI 48090-2036
13091275      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:51:29      Capital One Bank USA,
               PO Box 30281,    Salt Lake City, UT 84130-0281
13091276      +E-mail/Text: bankruptcy@cavps.com Sep 19 2018 02:39:40      Cavalry Portfolio Services,
               500 Summit Lake Drive,    Suite 4A,    Valhalla, NY 10595-2323
13091279       E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32      Discover Financial Services,
               P.O. Box 15316,    Wilmington, DE 19850
13120117       E-mail/Text: mrdiscen@discover.com Sep 19 2018 02:38:32      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13091282       E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:35      GE Capital Retail Bank,
               P.O. Box 965020,    Orlando, FL 32896-5020
13091283      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:51:33      GECRB/Bebe,    PO Box 965005,
               Orlando, FL 32896-5005
13091284      +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:35      GECRB/Lowes,    PO Box 965005,
               Orlando, FL 32896-5005
13170275       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2018 02:39:34      Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
13091285      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:52:14      LVNV Funding,
               P.O. Box 10497,    Greenville, SC 29603-0497
13198151       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:51:43
               LVNV Funding, LLC its successors and assigns as,    assignee of Bank of America, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13124720       E-mail/Text: camanagement@mtb.com Sep 19 2018 02:38:44      M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240
13091288      +E-mail/Text: electronicbkydocs@nelnet.net Sep 19 2018 02:39:25      NelNet,    PO Box 82561,
               Lincoln, NE 68501-2561
13091290      +E-mail/Text: bnc@nordstrom.com Sep 19 2018 02:38:37      Nordstrom FSB,    P.O. Box 13589,
               Scottsdale, AZ 85267-3589
13120082      +E-mail/Text: bnc@nordstrom.com Sep 19 2018 02:38:37      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
13193956      +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:42      OAK HARBOR CAPITAL VII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13091270      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 19 2018 02:39:23
               Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
               Philadelphia, PA 19107-4405
13204316       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:06
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13203815          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:51:34
                  Portfolio Recovery Associates, LLC,    POB 41067,     Norfolk VA 23541
13091292         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:35
                  Portfolio Recovery Services,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502-4952
13131148          E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2018 02:38:56
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13145940          E-mail/Text: bnc-quantum@quantum3group.com Sep 19 2018 02:38:56
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13113853         +E-mail/Text: bncmail@w-legal.com Sep 19 2018 02:39:30      TD BANK USA, N.A.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13091295         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2018 02:38:50     Victoria’s Secret,
                  P.O. Box 182789,    Columbus, OH 43218-2789
13091297         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 19 2018 02:38:50     WFNB/Express,
                  PO Box 182789,    Columbus, OH 43218-2789
13091296         +E-mail/Text: BKRMailOps@weltman.com Sep 19 2018 02:39:26      Weltman, Weinberg & Reis, Co.,
                  325 Chestnut Street,    Suite 1120,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13091383*         Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA  19422-3372
13091384*        +Asset Acceptance LLC,    P.O. Box 1630,    Warren, MI 48090-1630
13091386*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,      P.O. Box 982235,    El Paso, TX  79998-2235)
13091273*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,      P.O. Box 982235,    El Passo, TX  79998-2235)
13091385*        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court: Bank of America,      P.O. Box 982235,    El Passo, TX  79998-2235)
13091387*        +Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13091388*        +Cavalry Portfolio Services,    500 Summit Lake Drive,    Suite 4A,    Valhalla, NY 10595-2323
13091389*        +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
13091390*         Citicards CBNA,    701 East 60th Street,    El Paso, TX  79998-2238
13091391*        ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
                  (address filed with court: Discover Financial Services,      P.O. Box 15316,
                    Wilmington, DE  19850)
13091269*         Donna Marie Gentekos,    9 Owl Road,    Audubon, PA  19403-2209
13091381*         Donna Marie Gentekos,    9 Owl Road,    Audubon, PA  19403-2209
13091392*        +First Data Merchant Services,    4000 Coral Ridge Drive,    C-230,    Coral Springs, FL 33065-7614
13091393*        +First USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
13091394*         GE Capital Retail Bank,    P.O. Box 965020,    Orlando, FL  32896-5020
13091395*        +GECRB/Bebe,    PO Box 965005,    Orlando, FL 32896-5005
13091396*         GECRB/Lowes,    PO Box 965005,    Orlando, FL  32896-5005
13170277*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                  (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                    SAINT CLOUD MN 56302-9617)
13091397*        +LVNV Funding,    P.O. Box 10497,    Greenville, SC 29603-0497
13091398*         M & T Bank,    P.O. Box 62182,    Buffalo, NY  14240-1288
13091399*        +Macy’s,    P.O. Box 8218,    Mason, OH 45040-8218
13091400*        +NelNet,    PO Box 82561,    Lincoln , NE 68501-2561
13091401*         Nissan-Infiniti LT,    P.O. Box 660695,    Dallas, TX  75266-0695
13091402*        +Nordstrom FSB,    P.O. Box 13589,    Scottsdale, AZ 85267-3589
13091382*        +Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                    Philadelphia, PA 19107-4405
13091403*        +Pinnacle Credit Services,    7900 Highway7 #100,    Saint Louis Park, MN 55426-4045
13091404*        +Portfolio Recovery Services,    120 Corporate Boulevard,    Suite 100,    Norfolk, VA 23502-4952
13091268*         Richard John Gentekos,    9 Owl Road,    Audubon, PA  19403-2209
13091380*         Richard John Gentekos,    9 Owl Road,    Audubon, PA  19403-2209
13091405*         Stonebridge Bank,    624 Willowbrook Lane,    West Chester, PA  19382-5554
13091406*        +TNB Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
13091407*        +Victoria’s Secret,    P.O. Box 182789,    Columbus, OH 43218-2789
13091409*        +WFNB/Express,    PO Box 182789,    Columbus, OH 43218-2789
13091408*        +Weltman, Weinberg & Reis, Co.,    325 Chestnut Street,    Suite 1120,
                    Philadelphia, PA 19106-2605
13091293        ##Stonebridge Bank,    624 Willowbrook Lane,    West Chester, PA  19382-5554
                                                                                              TOTALS: 0, * 34, ## 1
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW              Page 3 of 3                  Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW             Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
          ALBERT J. SCARAFONE, JR.    on behalf of Debtor Richard John Gentekos scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          ALBERT J. SCARAFONE, JR.    on behalf of Joint Debtor Donna Marie Gentekos scarafone@comcast.net,
           ascarafone@gmail.com;r39418@notify.bestcase.com
          ALEXANDRA T. GARCIA    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANDREW F GORNALL    on behalf of Creditor    M&T BANK agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Richard John Gentekos and Donna
Marie Gentekos
    Debtor(s)                               Bankruptcy No: 13−15794−amc
                                                                      Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                              For The Court

                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 9/18/18