United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard John Gentekos
Donna Marie Gentekos
       Debtors

Case No. 13-15794-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1        Date Rcvd: Sep 18, 2018
                            Form ID: 212        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
db/jdb        Richard John Gentekos,   Donna Marie Gentekos,   9 Owl Road,   Audubon, PA 19403-2209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2018 at the address(es) listed below:
        ALBERT J. SCARAFONE, JR.   on behalf of Debtor Richard John Gentekos scarafone@comcast.net,
     ascarafone@gmail.com;r39418@notify.bestcase.com
        ALBERT J. SCARAFONE, JR.   on behalf of Joint Debtor Donna Marie Gentekos scarafone@comcast.net,
     ascarafone@gmail.com;r39418@notify.bestcase.com
        ALEXANDRA T. GARCIA   on behalf of Creditor   M&T Bank ecfmail@mwc-law.com,
     ecfmail@ecf.courtdrive.com
        ANDREW F GORNALL   on behalf of Creditor   M&T BANK agornall@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   M&T BANK bnicholas@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                          TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:      Chapter: 13

    Richard John Gentekos and Donna Marie Gentekos

Debtor(s)     Case No: 13−15794−amc

___

*ORDER*

AND NOW, 9/18/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court