Certificate Number: 14912-PAE-DE-031662575

Bankruptcy Case Number: 13-15794



14912-PAE-DE-031662575

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 24, 2018</u>, at <u>1:50</u> o'clock <u>PM EDT</u>, <u>Richard Gentekos</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 24, 2018

By:    /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor