Certificate Number: 14912-PAE-DE-031662577

Bankruptcy Case Number: 13-15794



14912-PAE-DE-031662577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 24, 2018, at 1:50 o'clock PM EDT, Donna Gentekos completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 24, 2018              By:    /s/Jai Bhatt

                                         Name:  Jai Bhatt

                                         Title: Counselor